IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,                    )
                                             )
            Plaintiff,                       )
                                             )
      v.                                     )    Index No.: 2:10-cv-00162-JCJ
                                             )
THE VALLEY CLUB OF HUNTINGDON                )
VALLEY,                                      )
            Defendant.                       )
                                             )
_____ )

## STIPULATION OF DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties,
through their respective counsel, that the above-captioned action shall be dismissed with
prejudice under United States District Court for the Eastern District of Pennsylvania Local Rule
41.1(b). Each party shall bear its own costs and fees.


Date: __10\16\12__               By:    __/s/ Lori K. Wagner__
                                        LORI K. WAGNER
                                        For the Plaintiff United States of America
                                        United States Department of Justice
                                        Civil Rights Division
                                        Housing and Civil Enforcement Section
                                        950 Pennsylvania Avenue, NW
                                        Washington, D.C. 20530
                                        Email: lori.wagner@usdoj.gov
                                        Telephone: 202-305-3107


                                 By:    __/s/ Edward J. DiDonato__
                                        Edward J. DiDonato
                                        Fox Rothschild LLP
                                        For Terry Dershaw, Chapter 7 Trustee
                                        2000 Market Street, 20th Floor
                                        Philadelphia, PA 19103-3222
                                        Email: sludwig@foxrothschild.com
                                        Telephone: 215-299-2164